that said cottage should not be interfered with, it becomes unnecessary for us to examine the different questions of law and fact presented in this case. What the one party desires, and the other party is willing to accede to, can be accomplished by a modification of the decree and judgment entered herein, by providing that a right of way for the benefit of the plaintiff shall be extended in front of the defendant's cottage and piazza, so as not to interfere with said cottage and piazza of the defendant, and by striking from the judgment and decree appealed from that portion thereof which provides "that the defendant, Julia P. Chandler, forthwith remove from said right of way the cottage piazza, and any and all other obstructions therein or thereon," and that the judgment and decree, as so modified, be affirmed, without costs of this appeal to either party. In the event of the parties being unable to agree upon the form of the order or decree to be entered hereupon, such order shall be settled before Justice HERRICK. See 40 N. Y. Supp. 1028.

PEARSE v. DAY et al. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Gilbert F. Pearse, as assignee, etc., against John H. Day and others. No opinion. Appeal dismissed, unless within 10 days after service of a copy of this order the appellant pays the costs ordered at the special term, and upon appeal therefrom, together with $10 costs of this motion. See 47 N. Y. Supp. 1144.

PENDLETON, Appellant, v. HAWKINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Charles J. Pendleton against Noel Hawkins. No opinion. Order affirmed, with $10 costs and disbursements. See 42 N. Y. Supp. 626.

PEOPLE v. COMMERCIAL ALLIANCE INS. CO. In re PLATT. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the people of the state of New York against the Commercial Alliance Insurance Company. In the matter of Platt. No opinion. Motion granted. See 47 N. Y. Supp. 1145.

PEOPLE v. COMMERCIAL ALLIANCE INS. CO. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by the people of the state of New York against the Commercial Alliance Insurance Company. No opinion. Motion denied. See 47 N. Y. Supp. 688, 1145.

PEOPLE, Respondent, v. DORTHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March Term, 1897.) Action by the people of the state of New York against John F. Dorthy.

PER CURIAM. It appearing by the papers presented to the court upon an application to postpone the argument of the appeal in this case that there has been great delay in presenting to the court the appeal, both on the part of the prosecution and the defense; and, the circumstances being such that it is apparent that this record cannot be printed and the briefs prepared so as to properly present this case at the present term of the court, the motion to put over the term is granted. See 47 N. Y. Supp. 1145.

PEOPLE, Appellant, v. LAMB, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by the people of the state of New York against Irving D. Lamb. No opinion. Judgment affirmed, with costs.

PEOPLE ex rel. AMERICAN TYPE-FOUNDERS' CO. v. BARKER et al. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by the people, on the relation of the American Type-Founders' Company, against Edward P. Barker and others, commissioners of taxes and assessments. John B. Green, for appellant. James M. Ward, for respondents.

PER CURIAM. The only question in this case is similar to that arising in the case of People v. Barker, 48 N. Y. Supp. 553, and for the reasons assigned in the opinion in that case the order appealed from should be affirmed, with costs.

PEOPLE ex rel. DEMPSEY, Appellant, v. COLLIS, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the people of the state of New York, on the relation of John J. Dempsey, against Charles H. T. Collis, as commissioner. E. R. Sanford, for appellant. Torence Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. FINN v. SHEFFIELD et al. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Application for peremptory writ of mandamus by the people of the state of New York, on the relation of James Finn, against James R. Sheffield and others, as fire commissioners. George N. Messiter, for appellants. William L. Findley, for respondents.

PER CURIAM. For the reasons stated in the case of People v. Sheffield (decided herewith) 48 N. Y. Supp. 796, the order appealed from is affirmed, with costs.

PEOPLE ex rel. HACKETT, Appellant, v. WEBBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by the people of the state of New York, on the relation of Frederick G. Hackett, against John Webber, as president, and John J. Lowe and others, as trustees, of the village of North Tarrytown, N. Y. No opinion. Order modified so as to make denial without prejudice to right of the relator to bring such action as he may be advised, and, as modified, affirmed, without costs.

PEOPLE ex rel. HARTMANN v. SHEFFIELD et al. (Supreme Court, Appellate Division, First Department. December 31, 1897.)